BIXLY *vs.* MEAD.     [611]

Where property worth $1000 was struck off at a sheriff's sale for a trifling sum, and it was shown that the plaintiff in the execution had been disappointed in the attendance of an agent, and that the defendant was *insolvent*, the sale was set aside and a re-sale ordered.

In this case property worth $1000 was bid in at a sheriff's sale by a relative of the defendant, for the trifling sum of $26. The plaintiff applied to the court to set aside the sale and order a re-sale. The plaintiff had employed an agent to attend the sale and bid in the property, but the agent had forgotten to attend. The defendant is insolvent. The motion was granted.